UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RIVERA,

                Plaintiff,

-against-

JOSE L. SOLANO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021

**ORDER**

20-cv-6214 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**

In light of the parties' representation that they have settled this matter, all pending deadlines are hereby adjourned *sine die*. It is further ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **Monday, March 8, 2021,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed must be filed on or before **March 8, 2021**; any request filed thereafter may be denied solely on that basis.

**SO ORDERED.**

Dated: New York, New York
       February 5, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge